Ferguson Lee SANDERS, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47823.

Missouri Court of Appeals,
Western District.

Jan. 25, 1994.

Lorry L. Kohrs, Public Defender, Kansas City, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, C.J., and
BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

Terry SHERRILL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47929.

Missouri Court of Appeals,
Western District.

Jan. 25, 1994.

Laura G. Martin, Asst. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and
BRECKENRIDGE and HANNA, JJ.

### *ORDER*

PER CURIAM.

Appeal from the denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Affirmed. Rule 84.16(b).